IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                              CRIMINAL 12-0541CCC

DAVID H. RENTAS-GARCIA

Defendant

## ORDER

Having considered the Report and Recommendation filed on March 21, 2013 (**docket entry 37**) on a Rule 11 proceeding of defendant David H. Rentas-García held before U.S. Magistrate Judge Camille L. Vélez-Rivé on March 19, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 19, 2013.  The **sentencing hearing is set for June 26, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 5, 2013.


                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge